IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER DESHAWN LANIER,   )
        Petitioner,     )     Civil Action No. 17-84 Erie
                    )
        v.           )
                    )     Judge Susan Paradise Baxter
COMMONWEALTH, et al.,    )
        Respondents.    )

## ORDER OF COURT

Christopher DeShawn Lanier is a state prisoner presently incarcerated at SCI Somerset. Pending before the Court is his petition for a writ of habeas corpus (ECF No. 3), which he filed pursuant to 28 U.S.C. § 2254. In his petition, Lanier challenged the judgment of sentence imposed upon him by the Court of Common Pleas of Erie County on March 18, 2015. On August 13, 2018, the undersigned, then a United States Magistrate Judge, issued a Report and Recommendation (ECF No. 13) that the petition be denied and that a certificate of appealability be denied with respect to all claims. Lanier filed Objections (ECF No. 14) to the Report and Recommendation.

On September 14, 2018, the undersigned was sworn in as a United States District Judge. This action was reassigned to this Court's docket on September 18, 2018. (ECF No. 15).

In light of the foregoing, it is HEREBY ORDERED that the Report and Recommendation issued on August 13, 2018, is converted into a final Memorandum Order. The Court has considered the arguments Lanier made in his Objections *de novo* and found them lacking. Each of his claims are denied for the reasons set forth in the Report and Recommendation. The Clerk is directed to mark this case closed.

Dated: October 1, 2018           /s/ Susan Paradise Baxter
                                 SUSAN PARADISE BAXTER
                                 United States District Judge